William J. Butterfield and Stephany A. Butterfield, Plaintiffs-Appellees, v. Samuel Cinman, d/b/a S. Cinman Company, Defendant-Appellant.

Gen. No. 48,406.

First District, First Division.
January 29, 1962.
Rehearing denied February 14, 1962.

Howard Jonesi, of Chicago, for appellant; Van Emden, Busch and Van Emden, of Chicago (George J. Van Emden, of counsel) for appellees. Opinion by MR. JUSTICE BURMAN. Not to be published in full.